Michael A. Keough
212 378 7545
mkeough@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/19

November 11, 2019

**<u>VIA ECF</u>**

The Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

**MEMORANDUM ENDORSED**

    Re:    *Reid v. Stella & Dot LLC*, No. 19 Cv. 7973(DHW)

Dear Judge Woods:

    This firm represents Defendant Stella & Dot LLC ("Stella & Dot") in the above-captioned matter.

    We write on behalf of both parties to respectfully request that the Initial Pretrial Conference scheduled for November 21, 2019 be adjourned. The reason for this request is that, after the conference was initially scheduled, the date for Defendant to respond to Plaintiff's complaint was extended to December 23, 2019 by the Court's order dated October 27, 2019. The parties are still attempting to resolve this matter without judicial intervention and ask that the conference be adjourned until after Stella & Dot has responded to the complaint. Plaintiff consented to this request on November 11, 2019.

    We respectfully ask Your Honor's endorsement of this request. Thank you for your consideration.

    Respectfully submitted,

    */s/ Michael A. Keough*

    Michael A. Keough

cc: Counsel of Record (via ECF notification)

---

Application granted. The initial pretrial conference scheduled for November 21, 2019 is adjourned to January 6, 2020 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's August 29, 2019 order are due no later than December 30, 2019.

SO ORDERED.

Dated: November 14, 2019
New York, New York

    _____
    GREGORY H. WOODS
    United States District Judge